modified affirmed, with twenty dollars costs and disbursements to the appellant, with leave to the plaintiff to serve an amended complaint within ten days after service of order. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

AMERICAN SCOTTI CORPORATION and S. A. SCOTTI & C., OF MONZA, ITALY, Appellants, v. HENRY POLLAK, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse and deny motion on the ground that the Trading with the Enemy Act prohibits prosecution of the action during the duration of the war. Untermyer, J., dissents and votes to affirm, without prejudice to an application to the court when the case is called for trial for a stay of the trial on the claim of the plaintiff S. A. Scotti & C., of Monza, Italy, against the defendant in accordance with the Trading with the Enemy Act.

DALLAS S. TOWNSEND and Others, Respondents, v. BURR & Co., INC., Appellant, and RUSSELL MAGUIRE & Co., INCORPORATED, Additional Defendant. DALLAS S. TOWNSEND and Others, Respondents, v. BURR & Co., INC., and BOND & GOODWIN, INCORPORATED, Appellants, and RUSSELL MAGUIRE & Co., INCORPORATED, Additional Defendant.— Orders unanimously affirmed, each with ten dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ARNOLD R. HANSON and S. WELLMER HANSON, Appellants, v. LLOYD K. LARSON and Others, Respondents.— Order, so far as appealed from, unanimously modified by granting, in addition to the items allowed, items 6, 7, 9 and 11 and item 8 up to and including the words " actual market price," and to direct production of the books specified pursuant to section 296 of the Civil Practice Act, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

W. STANLEY BROWN and DANIEL E. FINN, JR., v. CHARLES SIMONTON MCCAIN, as President of DILLON, READ & Co., a New York Joint Stock Association.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

RITA DONOHUE v. INTERBOROUGH NEWS Co.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of ARTHUR W. NEWELL and ANNIE S. NEWELL, Stockholders in the PATHE FILM CORPORATION, for the Appointment of Appraisers to Appraise the Value of Their Stock.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRY KIRSCHNER v. CENTER HOTEL, INC., and ANESTILL HOTEL CORP., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., taking no part.

In the Matter of the Judicial Settlement of the Account of Proceedings of His Eminence, PATRICK CARDINAL HAYES, Archbishop of New York, as Trustee of

the Trust Created for the Benefit of MARY THEODORA QUINN and MATTHEW THEODORE QUINN and Remaindermen by Paragraph "Sixteenth" of the Will of KATHERINE BROPHY, Also Known as KATHERINE A. BROPHY, Deceased, as Rendered by THOMAS E. MOLLOY, Sole Executor of the Last Will and Testament of Said PATRICK CARDINAL HAYES. MATTHEW F. QUINN, as Administrator, etc., and Another. Most Reverend THOMAS E. MOLLOY, as Sole Executor, etc., of His Eminence, PATRICK CARDINAL HAYES, Archbishop of New York, Deceased, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

FAMILY FINANCE CORPORATION v. SAM NADBORNE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., taking no part.

In the Matter of the Application of EVELYN STANHOPE and Others (177) for an Order under Article 78 of the Civil Practice Act against FIORELLO H. LAGUARDIA and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HARRY LAUTERSTEIN v. CRAWFORD CLOTHES, INC., and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ISAAC W. DIGGES v. DAVID A. MUNRO. LEE H. BRISTOL v. DAVID A. MUNRO. HENRY P. BRISTOL v. DAVID A. MUNRO. (Action No. 2.)— Motion for resettlement of orders of this court entered March 27, 1942 [263 App. Div. 984], denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JACOB R. KWELLER and Others against PAUL J. KERN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission for the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ELIZABETH MAY MEEKER, Formerly Named Herein ELIZABETH LUSA, Impleaded, etc., v. MANHATTAN HALL STUDIOS, INC.— Motion for resettlement of order of this court entered February 27, 1942 [263 App. Div. 381], and the judgment entered thereon, denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

VICTOR HORNER v. Sir VICTOR SASSOON.— Motion for reargument granted. Order of this court entered March 13, 1942 [263 App. Div. 979], vacated. The order of Special Term entered December 5, 1941, modified so as to provide that this case be set down for the Ready Day Calendar for a date early in May, 1942. Appeal from order of Special Term entered on or about December 30, 1941, dismissed. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

LAZLO V. KEVICZKY v. ISADORE LORBER and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., taking no part.